# Court of Appeals
# of the State of Georgia

ATLANTA,_____July 22, 2022____

*The Court of Appeals hereby passes the following order:*

**A23E0001.  SERON EDSHON SHEPHERD v. LETICIA HAMMOND.**

A Rule 40(b) motion was filed in this Court on July 19, 2022, appealing an order from Fulton County Superior Court issued March 4, 2022. Upon consideration of this motion, it is hereby DISMISSED as untimely filed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 22, 2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*